```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 04406
   BRADLEY A RAGO
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-9390


----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/20/06 and confirmed on 07/19/06.

   2.  The case was dismissed after confirmation, 09/07/2007.

   3.  The Debtor paid a total of $  13050.00 .

   4.  The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------------
CREDITOR NAME             CLASS        CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                       PAID           PAID
----------------------------------------------------------------------------
CENTERONE FINANCIAL SERV  SECURED         11325.00      706.52         2398.09
GMAC PAYMENT CENTER       SECURED         31230.46     2144.74         6234.93
ECAST SETTLEMENT CORPORA  UNSECURED        4241.58         .00             .00
CAPITAL ONE BANK          UNSECURED        1665.22         .00             .00
CITIFINANCIAL             UNSECURED       NOT FILED        .00             .00
CITIFINANCIAL             UNSECURED       NOT FILED        .00             .00
CITIFINANCIAL             UNSECURED       NOT FILED        .00             .00
COMCAST                   UNSECURED       NOT FILED        .00             .00
DIRECT TV                 UNSECURED       NOT FILED        .00             .00
ECAST SETTLEMENT CORPORA  UNSECURED        6451.30         .00             .00
ECAST SETTLEMENT CORPORA  UNSECURED        2564.31         .00             .00
ECAST SETTLEMENT CORPORA  UNSECURED        2345.22         .00             .00
ECAST SETTLEMENT CORP     UNSECURED        4439.17         .00             .00
ROUNDUP FUNDING LLC       UNSECURED        4690.98         .00             .00
KENNETH R BIEL DDS        UNSECURED       NOT FILED        .00             .00
PALOS COMMUNITY HOSPITAL  UNSECURED       NOT FILED        .00             .00
RADIOLOGY & NUCLEAR CONS  UNSECURED       NOT FILED        .00             .00
ECAST SETTLEMENT CORPORA  UNSECURED         490.23         .00             .00
ECAST SETTLEMENT CORPORA  UNSECURED       NOT FILED        .00             .00
WORLD FINANCIAL NETWORK   UNSECURED        4836.54         .00             .00
----------------------------------------------------------------------------
CREDITOR NAME             CLASS        CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                       PAID           PAID
----------------------------------------------------------------------------
WELLS FARGO FINANCIAL RE  UNSECURED        4371.46         .00             .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED        .00             .00
CENTERONE FINANCIAL SERV  UNSECURED        3915.89         .00             .00
         Summary of disbursements:
----------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
----------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED     42555.46          .00     40011.90          .00     82567.36
PRINCIPAL PAID          8633.02          .00          .00          .00      8633.02
INTEREST PAID           2851.26          .00          .00          .00      2851.26
TOTAL PAID             11484.28          .00          .00          .00     11484.28
```

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   3000.00
and was paid $    600.00   direct and $   1075.37   through the plan.

The Trustee received $     490.35 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 12/18/07                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE